1
2
3
4
5
6
7
8                             UNITED STATES DISTRICT COURT
9                        FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   ZOILA JUT SARAX DE VASQUEZ,              Case No. 1:25-cv-1999-JDP
12                  Petitioner,
13         v.                                  ORDER
14   CHRISTOPHER CHESTNUT, *et al.*,
15                  Respondent,
16

   The parties have filed a stipulation asking to stay this matter until the Court of Appeals renders decision in *Rodriguez Vasquez v. Bostock*, 779 F. Supp. 3d 1239 (W.D. Wash. 2025), Ninth Circuit docket no. 25-6842. ECF No. 16. It is unnecessary to delay judgment. While the decision in *Rodriguez Vasquez* may turn out to be relevant, a somewhat unsettled legal landscape does not justify an indefinite stay of the matter before this court. Notably, *Rodriguez Vasquez* has yet to be argued and was only recently submitted.

   If additional briefing is needed to decide the merits, within fourteen days of the date of this order, respondents may file an answer. If respondents file an answer, petitioner may file a traverse within seven days. If respondents do not file an answer by this deadline, the matter will be deemed submitted.

1

1   Accordingly, it is hereby ORDERED that if additional briefing is needed, respondents
2 may file an answer within fourteen days of the date of this order.  If respondents file an answer,
3 petitioner may file a traverse within seven days.  If respondents do not file an answer by this
4 deadline, the matter will be deemed submitted.

IT IS SO ORDERED.


Dated:    February 24, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE